**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

RUSLAN SARALIEV                      CIVIL ACTION NO. 26-0609

VERSUS                               JUDGE ALEXANDER C. VAN HOOK

BRIAN ACUNA, ET AL.                  MAGISTRATE JUDGE PEREZ-MONTES

---

### JUDGMENT

The Magistrate Judge prepared a well-reasoned Report and Recommendation that granted the Petitioner's petition for a writ of habeas corpus. Record Document 9. The Respondents have not filed an objection or provided any information to the Court that the Petitioner is a danger to the community.

After an independent review of the record and noting the absence of facts that would indicate that the Petitioner presents a risk of danger or flight, the Court has determined that the findings and analysis of the Report and Recommendation are correct.

Considering the foregoing, and for the reasons stated in the Report and Recommendation,

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus, Record Document 1, is **GRANTED**. The Petitioner shall be **RELEASED** immediately and under appropriate conditions as determined by the Department of Homeland Security.

1

**THE CLERK IS INSTRUCTED** to email a copy of this judgment to the Civil

Chief of the United States Attorney's Office for the Western District of Louisiana.

**DONE AND SIGNED** at Shreveport, Louisiana, this 16th day of July, 2026.

_____

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE